AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Primerica Life Insurance Company,

          Plaintiff,

v.

Cheyanne Marie Mendoza, et al.,

          Defendants.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:21-cv-01615-JCM-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor of Plaintiff Primerica Life Insurance Company, for attorneys fees in the amount of $5,712.50 and costs in the amount of $1,437.66, and against Defendants.

4/1/2022
Date

DEBRA K. KEMPI
Clerk

/s/ D. Reich-Smith
Deputy Clerk