Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Lee H. Gorlin (NV Bar No. 13879)
lee.gorlin@clydeco.us
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900
Facsimile:  725-248-2907

*Attorneys for Plaintiff Primerica Life Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, a foreign corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHEYANNE MARIE MENDOZA, an individual; TOM PRICE WILEY, JR., an individual,<br><br>Defendants. | CASE NO.   2:21-cv-01615-JCM-EJY<br><br>**PRIMERICA LIFE INSURANCE COMPANY'S MOTION FOR RELEASE OF FUNDS (28 U.S.C. § 1335)** |

Pursuant to 28 U.S.C. §1335, Interpleader Plaintiff Primerica Life Insurance Company ("Primerica") hereby moves this court for an Order directing the Clerk of Court to disburse from the Interpleader Funds, previously deposited on October 27, 2021 (ECF No. 19) in the amount of $7,150.16,[1] pursuant to the Judgment entered on April 1, 2022 (ECF No. 39).  On the Certificate of Cash Deposit, the name and address of the Legal Owner of the cash tendered to whom a refund (if applicable) shall be made was "Primerica Life Insurance Company, 1 Primerica Parkway, Duluth, GA 30099."  (ECF No. 19).  Primerica respectfully requests that the Court order the clerk to issue the awarded judgment from the deposited Interpleader Funds.

---

[1] $5,712.50 in fees plus $1,437.66 in costs equals $7,150.16 total.

- 1 -

Dated: April 5, 2022

CLYDE & CO US LLP

By: /s/ *Lee H. Gorlin*
Amy M. Samberg (NV Bar No. 10212)
Lee H. Gorlin (NV Bar No. 13879)
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV 89128

*Attorneys for Plaintiff Primerica Life Insurance Company*

## ORDER

The Clerk of this Court is hereby ordered to disburse $7,150.16 from the Interplead Funds, made payable to "Primerica Life Insurance Company" and to mail the check to Primerica's Counsel of Record at:

Clyde & Co US LLP
c/o Gina Brouse
7251 W. Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: April 8, 2022

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing **PRIMERICA LIFE INSURANCE COMPANY'S MOTION FOR RELEASE OF FUNDS (28 U.S.C. § 1335)** was served by the method indicated:

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed to the parties who have yet to appear, as set forth below

☒ **BY ELECTRONIC SERVICE:** submitted to the above-entitled Court for electronic service upon the Court's Service List for the above-referenced case.

☐ **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

Dated: April 5, 2022

*/s/ Gina Brouse*
An Employee of Clyde & Co US LLP

- 3 -